**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 24-2098**

───────────

CHARLES F.V. CHITEKWE,

       Plaintiff - Appellant,

    v.

MOUNT VERNON BAPTIST CHURCH; RON MCCLUNG; RICK DUDIS; DAN MCGOWAN; MVBC DEACONS BOARD,

       Defendants - Appellees.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Joseph K. Reeder, Magistrate Judge.  (3:24-cv-00269)

───────────

Submitted:  January 23, 2025           Decided:  January 27, 2025

───────────

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Charles F.V. Chitekwe, Appellant Pro Se.  Ashley French, Allison Marie Subacz, CIPRIANI & WERNER PC, Charleston, West Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles F.V. Chitekwe seeks to appeal the magistrate judge's proposed findings and recommendation to dismiss Chitekwe's complaint alleging employment discrimination. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Chitekwe seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*